# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS GABRIEL NEGRON,
           Appellant,
vs.
SELENA ROSEMARY BARKALOW,
           Respondent.

No. 80851

FILED

NOV 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order establishing custody of a minor child. Eighth Judicial District Court, Clark County; David S. Gibson, Jr., Judge.

On August 14, 2020, this court issued an order granting appellant's motion for limited remand in order to allow the district court to conduct an evidentiary hearing in regard to appellant's pending motion to modify custody. The order suspended briefing and directed the district court to transmit its written decision within 30 days. The order also directed appellant to file a motion to withdraw the appeal within the same time period if the district court's order rendered the appeal unnecessary.

On September 16, 2020, the district court transmitted its minute order entered after the evidentiary hearing which indicated, amongst other things, that the district court's findings have rendered the instant appeal moot, and the parties have agreed that the appeal would be dismissed. In light of the district court's minute order, this court issued an order on October 1, 2020, directing appellant to file a motion or stipulation

20-40967

to dismiss the appeal within 7 days. To date, appellant has not filed a motion to dismiss the appeal or otherwise communicated with this court.

Based on the district court's minute order transmitted to this court after limited remand, this court concludes that this appeal has been rendered moot. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                            Silver


cc:     Hon. David S. Gibson, Jr., District Judge
        Ara H. Shirinian, Settlement Judge
        Jacobson Law Office, Ltd.
        McFarling Law Group
        Eighth District Court Clerk